**COM.**

v.

**SOTO, L.**

**61 EDA 2016**

Superior Court of Pennsylvania.

08/01/2017

CP–51–CR–0007170–2013 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

■

**COM.**

v.

**BAKER, T.**

**454 MDA 2016**

Superior Court of Pennsylvania.

08/01/2017

CP–22–CR–0000034–2014
CP–22–CR–0002151–2014
(Dauphin)

Affirmed

■

**COM.**

v.

**DRY, D.**

**1393 MDA 2016**

Superior Court of Pennsylvania.

08/01/2017

CP–22–CR–0001698–2011, CP–22–CR–0004993–2015

(Dauphin)

Affirmed—Application to Withdraw as Counsel Granted

■

**COM.**

v.

**W.A.H., III**

**1516 MDA 2016**

Superior Court of Pennsylvania.

08/01/2017

2015–190
(Franklin)

Affirmed